# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD DECKER, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>IRADIMED CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  Case No.: 2:23-cv-02504-WBS-JDP<br><br>[Assigned to the Honorable William B. Shubb]<br><br>**ORDER RE: STIPULATION TO CONTINUE STATUS CONFERENCE,**<br><br>Complaint filed:  October 30, 2023<br>Trial date:  None Set |

After consideration of the Stipulation to Continue the March 11, 2024 Status (Pretrial Scheduling) Conference, the Court Hereby **ORDERS** as follows:

1. The Status Conference currently scheduled for March 11, 2024 shall be continued to **June 3, 2024 at 1:30 p.m.**

2. The parties' report pursuant to Federal Rule of Civil Procedure 26 shall be due no later than **May 20, 2024.** The report need not be filed if a notice of settlement is filed prior to the due date.

**IT IS SO ORDERED.**

Dated:  February 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE